motion to extend such time must be denied, and the extension granted vacated. Motion denied, with ten dollars costs, and extension vacated. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

EDMUND GLUECK and Others v. SAMUEL P. TULL.— Motion granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

EDMUND GLUECK and Others v. SAMUEL P. TULL and Others.— Motion granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

LOUISE CHRISTMAN and Others v. RAE LEVINSON and Others.— Motion granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

ISADORE APFEL v. WHYTE'S, INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling Smith, Merrell and Greenbaum, JJ.

In the Matter of CHARLES A. SMYTHWICK, an Attorney.— The respondent not having complied with the provisions of the order opening the reference, filed March 19, 1920, these motions for the issuance of commissions to take further testimony are denied, and said order of March nineteenth is vacated. Settle orders on notice. Present — Clarke. P. J., Dowling, Smith, Merrell and Greenbaum. JJ.

GEORGE A. LUDEWIG v. H. MARQUARDT & COMPANY, INC.— Motion for reargument denied, and order of this court entered February 27, 1920, resettled. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

AUDREY HAMMOND BAY, Appellant, v. JAMES HOLMES BAY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

LOU M. BRONSON, Appellant, v. ARMBOW OPERATING CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED SCHORR, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

SARAH E. MACDONALD, Respondent, v. LOTON H. SLAWSON, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

ERNEST C. MOORE, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

WINTER AND COMPANY, Appellant, v. RUDOLF PIANO COMPANY, Appellant, Impleaded with TRADERS NATIONAL BANK OF ROCHESTER and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

In the Matter of FRANCISCO GARCIA, Sometimes Known as FRANCISCO GARCIA Y LOPEZ, Deceased.— Decree so far as appealed from affirmed,